Civ01-571 RHK/JMM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**ORDER RE: SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS FOR SEPTEMBER, 2002 TRIAL CALENDAR**

---

Attached is an updated list of cases deemed ready for trial before the undersigned beginning September 3, 2002. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By August 14, 2002:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By August 21, 2002:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By August 27, 2002: Responses to the Written Objections.

Dated: June 28, 2002

RICHARD H. KYLE
United States District Judge

FILED JUN 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

| | | |
|---|---|---|
| 1. | **Bruce Lawrence Stiller** | **Scott Suter**<br>**651-730-6900** |
| | **vs CV 01-43 RHK/RLE**<br>**COURT - DULUTH** | |
| | **Tennant Company**<br>**Life Insurance Company of North America** | **Thomas Berg**<br>**612-333-3434** |
| 2. | **Eleanor Hyatt** | **Larry Reed**<br>**612-529-3322** |
| | **vs CV 01-571 RHK/JMM**<br>**JURY** | |
| | **City of Minneapolis**<br>**etal** | **Richard Reeves**<br>**612-673-2010** |
| 3. | **Charles Medina** | **Paul Sortland**<br>**612-375-0400** |
| | **vs CV 01-838 RHK/JMM**<br>**JURY** | |
| | **Corrections Corporation of America**<br>**etal** | **Robert Lewis**<br>**612-339-7121**<br>**Bruce Candlin**<br>**952-835-0123**<br>**Martha Sieber**<br>**952-820-8523** |

| | | |
|---|---|---|
| 4. | Security Life Insurance Company<br>Of America, a Minnesota corporation | Robert Meller, Jr.<br>612-339-7121 |
| | vs CV 01-1677 RHK/JMM<br>JURY | |
| | Dean Stewart, an Oklahoma resident<br>etal | James Redman<br>612-333-3000<br>Phillip Owens II<br>Chris Harper<br>405-607-4000<br>Allan Sortland<br>612-375-0400 |