**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Eleanor Hyatt,**

**Plaintiff,**

**vs.**

**City of Minneapolis, Minneapolis Police Chief Robert Olson, Police Officers John Doe and John Roe,**

**Defendants.**

**Case No.: 01-CV-571 RHK/AJB**

**ORDER OF DISMISSAL**

---

Pursuant to the parties' Stipulation for Dismissal with Prejudice, this action is hereby dismissed with prejudice, without further costs to any of the parties.

BY THE COURT

9/19/02

Richard H. Kyle
United States District Judge

01L-0078

FILED SEP 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Eleanor Hyatt,**

**Plaintiff,**

**vs.**

**City of Minneapolis, Minneapolis Police Chief Robert Olson, Police Officers John Doe and John Roe,**

**Defendants.**

**Case No.: 01-CV-571 RHK/AJB**

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

Plaintiff's action having been fully settled, it is hereby stipulated by the parties hereto, through their respective undersigned attorneys, that the same may be and it hereby is dismissed with prejudice, but without further costs to any of the parties, and the Clerk of Court, upon the filing of this Stipulation, is hereby authorized and directed to so dismiss said action of record.

Hassan & Reed, LLP

LARRY E. REED
Attorney Reg. No. 155853
Attorney for Plaintiff
2000 Plymouth Avenue North
Minneapolis, MN 55411

JAY M. HEFFERN
City Attorney
Attorney Reg. No. 4331X
By

SCOTT REEVES
Assistant City Attorney
Attorney Reg. No. 90128
Attorneys for Defendants
333 South Seventh Street, Suite 300
Minneapolis, MN 55402-2453
(612) 673-2066

01L-0078

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK